**Motion Granted and Order filed April 15, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01125-CV

_____

### YIGAL BOSCH, Appellant

### V.

### STATE OF TEXAS COUNTY OF HARRIS, Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-48002**

## O R D E R

Appellant has filed a motion to transfer the clerk's record filed in 14-13-00739-CV to the appeal in this case, 14-13-01125-CV. The motion is granted.

Further, the Harris County Clerk is directed to file a supplemental clerk's record on or before April 25, 2014, containing the following:

- the final judgment signed December 12, 2013; and

- appellant's notice of appeal filed December 13, 2013.

If the omitted item(s) is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM